Name and address
Yohan Lee (Bar No. 259271)
Jake Y. Jung (Bar No. 297686)
Law Offices of Yohan Lee
5681 Beach Boulevard, Suite 200, Buena Park, California 90621
T: (714) 523-2700; F: (714) 523-7100; E: ylee@yleelaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen John Perri, an individual,<br><br>v.<br>PLAINTIFF(S)<br><br>China Buffet, a business of unknown form, et al<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:18-cv-09249-JAK-SK<br><br>**REQUEST FOR APPROVAL OF<br>SUBSTITUTION OR WITHDRAWAL<br>OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Wendy W. Huang                                                        CA Bar Number: 164729

Firm or agency: _____

Address: 6940 Beach Boulevard, Suite D-501

Telephone Number: (909) 557-1250                    Fax Number: 714-521-4256

E-mail: whuang@mdproperties.com

Counsel of record for the following party or parties: Defendant Plamex Investment, LLC

Other members of the same firm or agency also seeking to withdraw: _____

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: YOHAN LEE                                                          CA Bar Number: 259271

Firm or agency: LAW OFFICES OF YOHAN LEE

Address: 5681 Beach Boulevard, Suite 200, Buena Park, California 90621

Telephone Number: (714) 523-2700                    Fax Number: (714) 523-7100

E-mail: ylee@yleelaw.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: January 7, 2019                    Signature: /S/

Name: Wendy W. Huang

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: January 7, 2019                    Signature: /S/

Name: Yohan Lee

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: January 7, 2019                    Signature: /S/

Name: Plamex Investment, LLC.

Title:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Carmen John Perri, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-09249-JAK-SK |
| v. | |
| China Buffet, a business of unknown form, et al | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Plamex Investment, LLC ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute YOHAN LEE who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

5681 Beach Boulevard, Suite 200
*Street Address*

Buena Park, CA 90621                                     ylee@yleelaw.com
*City, State, Zip*                                            *E-Mail Address*

(714) 523-2700            (714) 523-7100            259271
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Wendy W. Huang
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY