UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-09249 JAK (SKx) | Date | February 8, 2019 |
| Title | Carmen John Perri v. China Buffet, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 17)**

The Court has reviewed the parties' January 30, 2019 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 1, 2019: | Deadline to file joint report regarding agreed upon private neutral. If the parties are not able to agree, the joint report shall include three nominees from each party. A resume and hourly rate for each nominee shall be attached to the joint report. The Court will select a private neutral from the nominees proposed by the parties. |
| March 22, 2019: | Last day to amend or add parties |
| May 20, 2019: | Last day to participate in a settlement conference/mediation |
| May 24, 2019: | Last day to file notice of settlement / joint report re settlement |
| June 3, 2019 at 1:30 p.m.: | Post Mediation Status Conference |
| July 1, 2019: | Non-Expert Discovery Cut-Off |
| July 15, 2019: | Initial Expert Disclosures |
| July 29, 2019: | Rebuttal Expert Disclosures |
| August 12, 2019: | Expert Discovery Cut-Off |
| August 12, 2019: | Last day to file All Motions *(including discovery motions)* |
| August 12, 2019: | Deadline to file motion for summary judgment and motion for default judgment as to Defendant China Buffet (Dkt. 19) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-09249 JAK (SKx) | Date | February 8, 2019 |
|---|---|---|---|
| Title | Carmen John Perri v. China Buffet, et al. | | |

| | |
|---|---|
| August 26, 2019: | Response to motion for summary judgment |
| September 3, 2019: | Reply to motion for summary judgment |
| September 23, 2019 at 8:30 a.m.: | Hearing on motion for summary judgment and motion for default judgment as to Defendant China Buffet |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on June 3, 2019, if such notice is filed on or before May 24, 2019. If a notice of settlement is not filed, counsel shall file a joint report by May 24, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |